UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-21450-Civ-COOKE/TORRES

ARISTA RECORDS LLC, *et al.*,

    Plaintiffs,

vs.

MONICA VASILENKO, *et al.*,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

THIS CASE is before me upon Plaintiffs', Arista Records LLC, Atlantic Recording Corporation, Capitol Records, LLC, Elektra Entertainment Group Inc., LaFace Records LLC, Sony Music Entertainment, Sony Music Entertainment US Latin LLC, UMG Recordings, Inc., Warner Bros. Records Inc., Warner Music Group Corp., Warner Music Latina Inc., and Zomba Recording LLC, Motion for Entry of Final Default Judgment and Permanent Injunction (ECF No. 26). I have reviewed the record, and note the default entered by the Clerk of the Court (ECF No. 24) as to Defendants Monica Vasilenko, MP3SKULL.COM and MP3SKULL.TO for failure to appear, answer or otherwise respond to the Summons and Complaint within the time required by law. As of the date of this Order, Defendants Monica Vasilenko, MP3SKULL.COM and MP3SKULL.TO have failed or otherwise refused to defend this lawsuit.

Accordingly, it is **ORDERED and ADJUDGED** that Defendants Monica Vasilenko, MP3SKULL.COM and MP3SKULL.TO shall show cause within seven (7) days of the date of this Order why the motion for default judgment should not be granted. Plaintiffs shall serve this Order on Defendants Monica Vasilenko, MP3SKULL.COM and MP3SKULL.TO through the electronic means they used to effectuate service on them. *See* ECF No. 21. Plaintiff shall certify compliance with the service requirement.

**DONE and ORDERED** in chambers, at Miami, Florida, this 19th day of October 2015.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*