UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 15-cv-21450-COOKE/TORRES

ARISTA RECORDS LLC, et al.,

    Plaintiffs,

vs.

MONICA VASILENKO, et al.,

    Defendants.

_____ /

## ORDER

THIS MATTER is before the Court on the Plaintiffs' Motion For Clarification That The Court's Permanent Injunction Requires Third Party CloudFlare, Inc. To Cease Its Support Of Defendants' Operations, ECF No. __, filed August __, 2016.  Plaintiffs' Motion concerns the scope of the Amended Final Default Judgment and Permanent Injunction issued by this Court on March 22, 2016 (ECF No. 37) (the "Order"), and whether the Order applies to third party CloudFlare, Inc. ("CloudFlare").

The Court, having reviewed Plaintiffs' Motion the response of CloudFlare thereto, and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

(1) CloudFlare provides a suite of Internet services to Defendants' MP3Skull Website at several domain names, including mp3skull.at, mp3skull.cm, mp3skull.cr, mp3skull.cz, mp3skull.gd, mp3skull.is, mp3skull.la, mp3skull.mn, mp3skull.ms, mp3skull.pl and mp3skull.vg (the "Active MP3Skull Domains").

(2) By continuing to provide its services to the Active MP3Skull Domains, despite having actual knowledge of this Court's Order, CloudFlare is aiding and abetting Defendants' ongoing violation of the Order and, therefore, is "in active concert or participation" with Defendants.

(3)    Accordingly, the Court clarifies that CloudFlare is bound by the Order and is hereby ordered to immediately cease and desist from its provision of any and all services and other means of support to Defendants and their MP3Skull Website.  To this end, CloudFlare is prohibited from providing services to:

(i)    Any website at any of the following domain names: mp3skull.at, mp3skull.cm, mp3skull.cr, mp3skull.cz, mp3skull.gd, mp3skull.is, mp3skull.la, mp3skull.mn, mp3skull.ms, mp3skull.pl and mp3skull.vg; and

(ii)   Any website with the word "mp3skull" in its domain name and located at either the IP address 89.46.100.104 or the IP address 151.80.100.107.

**DONE and ORDERED** in Chambers, Miami, Florida, this ___ day of _____, 2016.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*