UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-21450-COOKE/TORRES

ARISTA RECORDS LLC, et al.,

        Plaintiffs,

vs

MONICA VASILENKO and DOES 1-10,
d/b/a MP3SKULL.COM and MP3SKULL.TO,

        Defendants.
_____/

## THIRD PARTY CLOUDFLARE, INC.'S NOTICE OF CHANGE OF ADDRESS

Counsel for Third Party, CloudFlare, Inc., Lott & Fischer, PL, hereby notifies the Court and all parties that effective immediately, its address has changed as follows:

Street Address:        Lott & Fischer, PL
                              255 Aragon Avenue, Third Floor
                              Coral Gables, Florida 33134

Please direct all correspondence and pleadings to the above address. Lott & Fischer's e-mail addresses, telephone and facsimile numbers remain unchanged.

*[signature on following page]*

CASE NO. 1:15-CV-21450-MGC

| | |
|---|---|
| Date: November 7, 2016 | Respectfully submitted,<br><br>**LOTT & FISCHER, PL**<br><br>s/ Leslie J. Lott<br>Leslie J. Lott<br>Florida Bar No. 182196<br>E-mail: ljlott@lottfischer.com<br>355 Alhambra Circle, Suite 1100<br>Coral Gables, FL 33134<br>Telephone: (305) 448-7089<br>Facsimile: (305) 446-6191<br><br>And<br><br>Andrew P. Bridges*<br>**FENWICK & WEST LLP**<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>E-mail:  abridges@fenwick.com<br>Telephone:  (415) 875-2389<br>Facsimile:  (415) 281-1350<br><br>*To be admitted Pro Hac Vice*<br><br>***Attorneys for CloudFlare, Inc.*** |

CASE NO. 1:15-CV-21450-MGC

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

s/ Leslie J. Lott  
Leslie J. Lott

## SERVICE LIST

*Arista Records LLC, et al. v. Vasilenko, et al.*  
United States District Court, Southern District of Florida  
**CASE NO. 1:15-CV-21450-COOKE/TORRES**

Service via CM/ECF generated Notices of Electronic Filing:

**GRAY-ROBINSON, P.A.**
Karen L. Stetson
E-Mail: karen.stetson@gray-robinson.com
1221 Brickell Avenue, 16th Floor
Miami, FL  33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

And

**JENNER & BLOCK LLP**
Kenneth L. Doroshow*
E-Mail: kdoroshow@jenner.com
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066

**Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*