UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-21450-COOKE/TORRES

ARISTA RECORDS LLC, et al.,

        Plaintiffs,

vs

MONICA VASILENKO and DOES 1-10,
d/b/a MP3SKULL.COM and MP3SKULL.TO,

        Defendants.
_____/

**NON-PARTY CLOUDFLARE, INC.'S NOTICE OF SERVICE
OF LOCAL RULE 7.1(b) NOTIFICATION OF NINETY DAYS EXPIRING**

    Non-Party Cloudflare, Inc. files this Notice of Service of its Notification of Ninety Days Expiring, attached hereto as Exhibit A, served on all counsel today in compliance with this Court's Local Rule 7.1(b)(4).

*[signature on following page]*

**CASE NO. 1:15-CV-21450-MGC**

Date:   November 28, 2017              Respectfully submitted,

                                              **LOTT & FISCHER, PL**

                                              **s/ Leslie J. Lott**
Leslie J. Lott
Florida Bar No. 182196
E-mail: ljlott@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

And

**FENWICK & WEST LLP**
Andrew P. Bridges*
E-mail: abridges@fenwick.com
Tyler G. Newby*
E-mail: tnewby@fenwick.com
Armen N. Nercessian*
E-mail: anercesian@fenwick.com
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2389
Facsimile:  (415) 281-1350

*Admitted Pro Hac Vice*

***Attorneys for CloudFlare, Inc.***

CASE NO. 1:15-CV-21450-MGC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

s/ Leslie J. Lott
Leslie J. Lott

## SERVICE LIST

*Arista Records LLC, et al. v. Vasilenko, et al.*
United States District Court, Southern District of Florida
CASE NO. 1:15-CV-21450-COOKE/TORRES

Service via CM/ECF generated Notices of Electronic Filing:

**GRAY-ROBINSON, P.A.**
Karen L. Stetson
E-Mail: karen.stetson@gray-robinson.com
1221 Brickell Avenue, 16th Floor
Miami, FL  33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

And

**JENNER & BLOCK LLP**
Kenneth L. Doroshow*
E-Mail: kdoroshow@jenner.com
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*