**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:15-cv-21450-COOKE/TORRES**

ARISTA RECORDS LLC, et al.,

        Plaintiffs,

vs

MONICA VASILENKO and DOES 1-10,
d/b/a MP3SKULL.COM and MP3SKULL.TO,

        Defendants.

_____/

**NON-PARTY CLOUDFLARE, INC.'S UNOPPOSED MOTION**
**FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE**

Non-party Cloudflare, Inc. ("Cloudflare"), through its undersigned counsel, respectfully moves this Court for leave to bring electronic equipment into the courthouse during the hearing currently set for March 27, 2018.  In support of this Motion, Cloudflare states:

1.      This hearing is currently set for trial on March 27, 2018 [DE 55].

2.      Cloudflare respectfully submits that it can present its arguments most effectively and efficiently with the aid of litigation support technology and computer equipment and further the interests of justice without prejudice to any party.

3.      Pursuant to the Notice regarding Prohibited Electronic Devices and the Local Rules, electronic devices including cellphones, laptop computers and projectors may not be brought into the courtroom absent an order signed by the Judge, and forwarded to the U.S. Marshall for verification allowing the specific persons into the Courtroom with a specific electronic device of a specific purpose and period of time.

**LOTT & FISCHER, PL** • 255 Aragon Avenue • Third Floor • Coral Gables, FL  33134
Telephone: (305) 448-7089 • Facsimile: (305) 446-6191

4.      Cloudflare requests permission for the following individuals to be permitted to bring the specified electronic equipment into the courthouse for hearing on March 27, 2018:

| Name | Company | Role | Type of Equipment |
|---|---|---|---|
| Leslie J. Lott | Lott & Fischer, PL | Counsel for Non-Party CloudFlare | Laptop, cellular phone |
| Andrew P. Bridges | Fenwick & West LLP | Counsel for Non-Party CloudFlare | Laptop, cellular phone |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Under L.R. 7.1, CNB's counsel conferred with Plaintiff's counsel about the relief requested in this motion.  Plaintiff does not object to the relief requested.

*[signature on following page]*

CASE NO. 1:15-CV-21450-MGC

Date:   March 19, 2018                    Respectfully submitted,

**LOTT & FISCHER, PL**

**s/ Leslie J. Lott**
Leslie J. Lott
Florida Bar No. 182196
E-mail: ljlott@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

And

**FENWICK & WEST LLP**
Andrew P. Bridges*
E-mail:  abridges@fenwick.com
Tyler G. Newby*
E-mail: tnewby@fenwick.com
Armen N. Nercessian*
E-mail:  anercesian@fenwick.com
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2389
Facsimile:  (415) 281-1350

*Admitted Pro Hac Vice*

**Attorneys for CloudFlare, Inc.**

CASE NO. 1:15-CV-21450-MGC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

s/ Leslie J. Lott
Leslie J. Lott

**SERVICE LIST**

*Arista Records LLC, et al. v. Vasilenko, et al.*
United States District Court, Southern District of Florida
**CASE NO. 1:15-CV-21450-COOKE/TORRES**

Service via CM/ECF generated Notices of Electronic Filing:

**GRAY-ROBINSON, P.A.**
Karen L. Stetson
E-Mail: karen.stetson@gray-robinson.com
1221 Brickell Avenue, 16th Floor
Miami, FL  33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

And

**JENNER & BLOCK LLP**
Kenneth L. Doroshow*
E-Mail: kdoroshow@jenner.com
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Telephone:  (202) 639-6000
Facsimile:  (202) 639-6066

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

4

**LOTT & FISCHER, PL** • 255 Aragon Avenue • Third Floor • Coral Gables, FL  33134
Telephone: (305) 448-7089 • Facsimile: (305) 446-6191
