UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 15-cv-21450-COOKE/TORRES

ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., WARNER MUSIC GROUP CORP., WARNER MUSIC LATINA INC., and ZOMBA RECORDING LLC,

  Plaintiffs,

v.

MONICA VASILENKO and DOES 1-10, d/b/a MP3SKULL.COM and MP3SKULL.TO,

  Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO UTILIZE ELECTRONIC EQUIPMENT AT THE HEARING SET FOR MARCH 27, 2018**

Plaintiffs, by and through undersigned counsel, file this Unopposed Motion for Leave to Utilize Electronic Equipment at the Hearing Set for March 27, 2018, and state:

1. The Court has set a hearing for March 27, 2018 at 10:00 a.m. upon "Non-Party Cloudflare, Inc.'s Rule 60(B) Motion to Vacate the Court's March 23, 2017 Order" (DE 49). *See*, DE 55.

2. Per Administrative Order 2006-16, Par. (I)(A), electronic devices including cellphones, laptop computers and projectors may not be brought into the courtroom absent an order signed by the Judge, and forwarded to the U.S. Marshall for verification allowing the specific persons into the Courtroom with a specific electronic device of a specific purpose and period of time.

# 2738980 v1

3. Counsel for Plaintiffs request permission for the use of cellular phones and laptop computers during the hearing.

4. Specifically, the following individuals request the Court's permission for the following equipment:

> Kenneth L. Doroshow, Esq., Jenner & Block LLP, Counsel for Plaintiffs: cell phone and laptop computer;
>
> Jared Freedman, Esq., Recording Industry Association of America, Counsel for Plaintiffs: cell phone and laptop computer.

5. Pursuant to Local Rule 7.1, undersigned counsel has conferred with counsel for Cloudflare, Inc. with regard to this Motion and is advised that there is no objection.

WHEREFORE, Plaintiffs request the Court to enter an Order permitting Plaintiffs' counsel to bring electronic equipment into the courthouse for use at the hearing of March 27, 2018. A proposed Order is attached hereto.

Respectfully submitted,

By: /s/ Karen L Stetson
Karen L. Stetson
Fla. Bar No. 742937
Jonathan L. Gaines
Fla. Bar No. 330361
GRAYROBINSON, P.A.
333 S.E. 2nd Ave., Suite 3200
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

JENNER & BLOCK LLP
Kenneth L. Doroshow (admitted *pro hac vice*)
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*