UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 15-21450-Civ-COOKE/TORRES**

ARISTA RECORDS LLC, *et al.*,

     Plaintiffs,

vs.

MONICA VASILENKO, *et al.*,

     Defendants.

_____/

**OMNIBUS ORDER DENYING WITHOUT PREJUDICE
NON-PARTY CLOUDFLARE'S MOTION TO VACATE**

     BEFORE ME is Non-Party Cloudflare, Inc.'s ("Cloudflare") Rule 60(b) Motion to Vacate the Court's March 23, 2017 Order (ECF No. 49). I have reviewed Cloudflare's Motion, Plaintiffs' response in opposition and Cloudflare's reply, the record, the relevant legal authorities, and the arguments made by the parties at the Motions Hearing on March 27, 2018.

     For the reasons stated at the Motions Hearing, it is hereby **ORDERED and ADJUDGED** as follows:

1. Non-Party Cloudflare, Inc.'s ("Cloudflare") Rule 60(b) Motion to Vacate the Court's March 23, 2017 Order (ECF No. 49) is **DENIED** *without prejudice*.

2. The parties may draft and submit a joint proposed order addressing the issues raised at the hearing **on or before April 10, 2018**.

     **DONE and ORDERED** in chambers, at Miami, Florida, this 28TH day of March 2018.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:

1

*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*