UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 15-cv-21450-COOKE/TORRES

ARISTA RECORDS LLC, ATLANTIC
RECORDING CORPORATION, CAPITOL
RECORDS, LLC, ELEKTRA ENTERTAINMENT
GROUP INC., LAFACE RECORDS LLC, SONY
MUSIC ENTERTAINMENT, SONY MUSIC
ENTERTAINMENT US LATIN LLC, UMG
RECORDINGS, INC., WARNER BROS.
RECORDS INC., WARNER MUSIC GROUP
CORP., WARNER MUSIC LATINA INC., and
ZOMBA RECORDING LLC,

                 Plaintiffs,

     v.

MONICA VASILENKO and DOES 1-10, d/b/a
MP3SKULL.COM and MP3SKULL.TO,

                 Defendants.

JOINT SUBMISSION OF PROPOSED ORDER BY
PLAINTIFFS AND NON-PARTY CLOUDFLARE

Pursuant to this Court's Order of March 28, 2018 (ECF No. 61), and for the purpose of

resolving this matter by mutual agreement and for no other purpose, Plaintiffs and non-party

Cloudflare, Inc. ("Cloudflare") hereby jointly submit the accompanying Proposed Order

addressing the issues raised at the Motions Hearing on March 27, 2018.

Dated:  April 19, 2018                  Respectfully submitted,

2770922
# 2770922 v1

<table>
<tr><td>

**LOTT & FISCHER, PL**

Leslie J. Lott
Florida Bar No. 182196
E-mail: ljlott@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

Of counsel:
Andrew P. Bridges (admitted pro hac vice)
E-mail: abridges@fenwick.com
Tyler G. Newby (admitted pro hac vice)
E-mail: tnewby@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor San
Francisco, CA 94104 Telephone: 415.875.2300
Facsimile: 415.281.1350

*Attorneys for Cloudflare, Inc.*

</td><td>

**GRAY-ROBINSON, P.A.**

Karen L. Stetson (FL Bar No. 742937)
333 S.E. Second Avenue
Suite 3200
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

**JENNER & BLOCK LLP**
Kenneth L. Doroshow (admitted pro hac vice)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone:  (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

</td></tr>
</table>

2

2770922
# 2770922 v1